LAWRENCE G. BROWN
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

NOV 04 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:03-CR-5284 OWW |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL OF INDICTMENT WITHOUT PREJUDICE |
| MIGUEL QUIROS-RIVERO, | |
| Defendant. | |

ORDER

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant MIGUEL QUIROS-RIVERO without prejudice and in the interest of justice.

DATED: 11-4-10

_____
HONORABLE OLIVER W. WANGER
United States District Judge